IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 29 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

BOBBY QUINN                                PLAINTIFF

VS                           CIVIL ACTION NO.
                             3:25CV736-DPJ-ASH

RANKIN COUNTY
SHERIFF'S DEPARTMENT                       DEFENDANT

## COMPLAINT

COMES NOW, plaintiff, BOBBY QUINN, pro se, and files this his Complaint for Stalking, harassment, illegal surveillance, collusions for conspiracy with the intent to deprive, and all actions resulting in violations of due process, evidence tampering, false arrest and malicious prosecution pursuant to

## FACTS

1. Plaintiff, Bobby Quinn, was caused to be arrested and imprisoned for 6 months as a result of malicious prosecution and released on 28 Sep 23. This is the last day of the 2 year statute of limitations.

2. Relating back in accordance with the ~~Statute~~ doctrine of continuing wrong, the plaintiff asserts that the RCSD tampered with evidence.

3. According to 42 USC 1983 multiple unnamed officers acted in collusion, under color of law to influence the

the outcome of civil divorce matter 18-1765 while abusing legal powers and depriving plaintiff of counsel and due process.

4. Unnamed officers of RCSD followed, harassed, and intimidate plaintiff while making false allegations under color of law

4a. Please See attached document

## RELIEF

5. It is the prayer of plaintiff, BOBBY QUINN that restitution be made for injury of divorce proceedings caused by RCSD.

6. It is the Prayer of plaintiff that damages be paid for false imprisonment of $10,000,000 along with malicious prosecution.

7. Plaintiff demands all attorneys fees.

Respectfully submitted, this the 29th day of September, 2025

Bobby J Quinn
Plaintiff / Pro Se
Bobby Quinn

Bobby Quinn
Address   4405 O'Bannon Dr.
Jackson, MS 39213

no phone number

Email  thatmrG gmail.com