UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BOBBY QUINN                                                                          PLAINTIFF

V.                                              CIVIL ACTION NO. 3:25-CV-736-DPJ-ASH

RANKIN COUNTY SHERIFF'S DEPARTMENT                                DEFENDANT

ORDER

This cause is before the Court on the Report and Recommendation [20] of United States Magistrate Judge Andrew S. Harris and Plaintiff Bobby Quinn's Objection [22]. Quinn initially filed a complaint against the Rankin County Sheriff's Department (RCSD). Compl. [1]. When RCSD moved to dismiss, Quinn did not respond. Mot. [8].

Instead, he filed an "Amended and Corrected Complaint," seeking to add 23 defendants, including Rankin County, the Central Intelligence Agency, the Department of Defense, the Department of Justice, Jackson Police Department, Kemper Life Insurance, and St. Dominic Hospital. Am Compl. [10] at 2. The Amended Complaint is 55 pages in length. Am. Compl. [10]. Quinn starts by claiming that he is the "victim of a lifelong, trauma based, psychological torture experiment commonly known as MKULTRA masterminded by the CIA (Central Intelligence Agency)." *Id.* at 10 (capitalization altered); *see id.* at 11 (alleging he "was chosen for this experiment before [he] was born").

He explains that a woman named Quan Yin, who works for the CIA, has a YouTube channel where she discusses Quinn's life. *Id.* at 23–26. Quan Yin "exposes the plans of law enforcement to have me illegally locked up in prison or in a mental health facility or dead by way of poisoning, kidnapping, or heart attack." *Id.* at 27. Quinn believes "[a]ll defendants are

working in tandem and collusion to effect that end." *Id.* He seeks $200,000,000 in compensatory and punitive damages "from every individual party involved." *Id.* at 55.

Judge Harris entered a Text-Only Order on February 18, 2026, ordering that no process shall issue as to the new defendants until the Court has completed its screening procedures. Then, on April 13, 2026, the Court granted RCSD's second motion to dismiss [11] and referred the case to Judge Hariss for screening. Order [19] at 4. Having now screened the case, Judge Harris entered his R&R, recommending dismissal.

Quinn is proceeding in forma pauperis under 28 U.S.C. § 1915, which means his case is subject to dismissal if the Court determines it "is frivolous or malicious," "fails to state a claim on which relief may be granted," or "seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B). As explained by Judge Harris,

> A claim "is frivolous where it lacks an arguable basis either in law or in fact."
> *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). A claim lacks an arguable basis in
> law when it is "based on an indisputably meritless legal theory." *Id.* at 327. And
> a claim lacks an arguable basis in fact where it "describe[s] fantastical or
> delusional scenarios." *Id.* at 328.

R&R [20] at 3. After reviewing the Amended Complaint, Judge Harris concluded that Quinn's filings "describe fantastic and delusional scenarios" and thus "lack an arguable basis in fact and should be dismissed as frivolous." *Id.* at 4 (citing *Neitzke*, 490 U.S. 327–28).

In his Objection, Quinn agrees "that my claims seem to 'describe fantastical or delusional scenarios but nevertheless that does not make them untrue." Obj. [22] at 1. He then goes on to repeat his allegations that the CIA "along with the 'DEEP STATE'" are engaged in covert actions, experimentation, psychological torture, and surveillance. *Id.* at 2; *see id.* at 2–6.

Having reviewed the Amended Complaint, the Report and Recommendation, and the Objection, the Court finds the R&R should be adopted as the opinion of the Court. Quinn may

well believe what he says, but the Amended Complaint is dismissed with prejudice as frivolous. His motions [13, 14, 15, 16] are denied.  A separate judgment will be entered as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 15th day of May, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE